LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | No. CV A 11-7341 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| LEO J. JENKS, | |
| Defendant | |


Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Leo J. Jenks, in the principal amount of $1,551.24 plus interest accrued to September 1, 2011, in the sum of $1,869.01; with interest accruing thereafter at $0.15 daily until entry of judgment, for a total amount of  $**3,420.25**.


DATED:_____1/27/2012_____     By:___TERRI NAFISI_____
                                      Clerk of the Court
                                   ___L. RAYFORD_____
                                      Deputy Clerk
                                 United States District Court