LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LEO J. JENKS,<br><br>　　　　　Defendant | No. CV A 11-7341<br><br>CONSENT JUDGMENT |

　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Leo J. Jenks, in the principal amount of $1,551.24 plus interest accrued to September 1, 2011, in the sum of $1,869.01; with interest accruing thereafter at $0.15 daily until entry of judgment, for a total amount of **$3,420.25**.

DATED:　　1/27/2012　　　　By:　　TERRI NAFISI
　　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　L. RAYFORD
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　United States District Court